The People of the State of New York, Respondent, v Todd Johnson, Appellant.

Submitted January 13, 2014; decided January 16, 2014

Motion by National Association of Criminal Defense Lawyers et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

The People of the State of New York, Respondent, v Todd Johnson, Appellant.

Submitted January 13, 2014; decided January 16, 2014

The People of the State of New York, Respondent, v Todd Johnson, Appellant.

Submitted January 13, 2014; decided January 16, 2014

Motion by New York City Bar Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.